UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sarah Wynn-Williams

_____,

Plaintiff,

v.

Meta Platforms, Inc.

_____,

Defendant.

Case No. 26-cv-06341 _____

**MOTION TO SUBSTITUTE
LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Sarah Wynn-Williams _____, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Marcia Hofmann, Zeitgeist Law

Name(s) of counsel withdrawing from representation and firm name:

Felicia Gilbert, Debra S. Katz, Avi Kumin, Katz Banks Kumin LLP

Date: July 2, 2026 _____

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____    _____
                                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California