Mathew S. Rosengart (SBN CA 255750)
Mark D. Kemple (SBN CA 145219)
Alex Linhardt (SBN CA 303669)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
rosengartm@gtlaw.com
kemplem@gtlaw.com
linhardta@gtlaw.com

Jonathan F. Cohn* (DC 476551)
Mary Elizabeth Miller* (DC 252694)
200 Massachusetts Ave., NW, Suite 700
Washington, DC 20001
William T. Thompson* (TX 24088531)
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
LEHOTSKY COHN LLP
Telephone: (512) 693-8350
Facsimile: (512) 727-4755
jon@lehotskycohn.com
mary@lehotskycohn.com
will@lehotskycohn.com

*Attorneys for Defendant Meta Platforms, Inc.*

* Motion for admission *pro hac vice* forthcoming.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SARAH WYNN-WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | CASE NO. 4:26-cv-06341<br><br>**DEFENDANT META PLATFORMS, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED PERSONS** |

META'S CORPORATE DISCLOSURE STATEMENT    CASE NO. 4:26-CV-06341
AND CERTIFICATION OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Meta Platforms, Inc. ("Meta") makes the following disclosures: Meta does not have a parent corporation and no publicly held corporation owns 10 percent or more of its stock. Meta is a publicly held company organized under the laws of Delaware.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: July 6, 2026

Respectfully submitted,

/s/ Alex Linhardt

| | |
|---|---|
| Jonathan F. Cohn* (DC 476551) | Mathew S. Rosengart (SBN CA 255750) |
| Mary Elizabeth Miller* (DC 252694) | Mark D. Kemple (SBN CA 145219) |
| 200 Massachusetts Ave., NW, Suite 700 | Alex Linhardt (SBN CA 303669) |
| Washington, DC 20001 | GREENBERG TRAURIG, LLP |
| William T. Thompson* (TX 24088531) | 1840 Century Park East, Suite 1900 |
| 7500 Rialto Blvd., Suite 1-250 | Los Angeles, California 90067-2121 |
| Austin, TX 78735 | Telephone: 310.586.7700 |
| LEHOTSKY COHN LLP | Facsimile: 310.586.7800 |
| Telephone: (512) 693-8350 | rosengartm@gtlaw.com |
| Facsimile: (512) 727-4755 | kemplem@gtlaw.com |
| jon@lehotskycohn.com | linhardta@gtlaw.com |
| mary@lehotskycohn.com | |
| will@lehotskycohn.com | *Attorneys for Defendant Meta Platforms, Inc.* |

*Attorneys for Defendant Meta Platforms, Inc.*

* Motion for admission *pro hac vice* forthcoming.

META'S CORPORATE DISCLOSURE STATEMENT        CASE NO. 4:26-CV-06341
AND CERTIFICATION OF INTERESTED PERSONS