Mathew S. Rosengart (SBN CA 255750)
Mark D. Kemple (SBN CA 145219)
Alex Linhardt (SBN CA 303669)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
rosengartm@gtlaw.com
kemplem@gtlaw.com
linhardta@gtlaw.com

Jonathan F. Cohn (DC 476551) (*PHV forthcoming*)
Mary Elizabeth Miller (DC 252694) (*PHV forthcoming*)
200 Massachusetts Ave., NW, Suite 700
Washington, DC 20001
William T. Thompson (TX 24088531) (*PHV forthcoming*)
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
LEHOTSKY COHN LLP
Telephone: (512) 693-8350
Facsimile: (512) 727-4755
jon@lehotskycohn.com
mary@lehotskycohn.com
will@lehotskycohn.com

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SARAH WYNN-WILLIAMS, | CASE NO. 4:26-CV-06341 |
| Plaintiff, | **DECLARATION OF HEIDI SWARTZ IN SUPPORT OF META PLATFORMS, INC.'S MOTION TO COMPEL ARBITRATION AND STAY FURTHER PROCEEDINGS UNDER 9 U.S.C. §§ 3, 4** |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | Complaint Filed Date: June 25, 2026 |
| | ***Hearing Date Pending Judicial Assignment*** |
| | Judge: _____ |
| | Date: _____ |
| | Time: _____ |
| | Courtroom: __ |

DECLARATION OF HEIDI SWARTZ ISO META PLATFORMS, INC.'S MOTION TO
COMPEL ARBITRATION, CASE NO. 4:26-CV-06341

**DECLARATION OF HEIDI SWARTZ**

I, Heidi Swartz, declare as follows:

1.　I am the Vice President & Deputy General Counsel, Employment Law and Investigations, at Meta Platforms, Inc. ("Meta"). I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I could and would testify competently with respect thereto. I submit this declaration in support of Meta's Motion to Compel Arbitration and to Stay Further Proceedings.

2.　Sarah Wynn-Williams was terminated from Meta effective November 10, 2017.

3.　Prior to the termination, on August 24, 2017, I contacted Ms. Wynn-Williams in connection with providing her a draft of a Severance Agreement for her review and comment. Later that same day, an attorney representing Ms. Wynn-Williams, Chaya M. Mandelbaum of Rudy Exelrod Zieff & Lowe LLP, contacted me and stated that he would be representing Ms. Wynn-Williams for purposes of negotiating the Severance Agreement. The following day, Mr. Mandelbaum and I signed a one-month tolling agreement in order to allow Ms. Wynn-Williams time to negotiate the Severance Agreement through her independent counsel, who extensively negotiated the Severance Agreement.

4.　Between August 25, 2017 and September 6, 2017, Mr. Mandelbaum and I had numerous telephone calls and emails in which we extensively discussed and negotiated the terms of the Severance Agreement. In addition, we exchanged numerous redline drafts of the agreement. Ms. Wynn-Williams, through her counsel, Mr. Mandelbaum, proposed revisions to the agreement's arbitration, payment, confidentiality, non-disparagement, and liquidated damages provisions (among others).The final form of each of those provisions reflects the proposals by Ms. Wynn-Williams' counsel and my negotiations with him.

5.　Ms. Wynn-Williams, through her counsel, supported including a liquidated damages provision in the Severance Agreement and prepared the initial draft of the provision. During our negotiations, Ms. Wynn-Williams' counsel also introduced the final amount agreed to and used in the final, signed agreement. Ultimately, based on these extensive negotiations, Meta

1

and Ms. Wynn-Williams executed a final version of the Severance Agreement on or about September 6, 2017.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on July 2, 2026, in London, United Kingdom.

DocuSigned by:

Heidi Swartz

4EF735F46B7E486...

Heidi Swartz

DECLARATION OF HEIDI SWARTZ IN SUPPORT OF META's MOTION TO COMPEL ARBITRATION, CASE NO. 26-CV-06341