**SELENDY GAY PLLC**
Philippe Z. Selendy*
Jennifer M. Selendy*
Claire E. O'Brien*
Corey Stoughton*
Drake Reed*
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
pselendy@selendygay.com
jselendy@selendygay.com
cobrien@selendygay.com
cstoughton@selendygay.com
dreed@selendygay.com

**KATZ BANKS KUMIN LLP**
Felicia Gilbert (SBN #276348)
235 Montgomery Street, Suite 665
San Francisco, CA 94104
Tel: 415-813-3260
gilbert@katzbanks.com

Debra S. Katz*
Avi Kumin (SBN #218893)
11 Dupont Circle NW, Suite 600
Washington, DC 20036
Tel: 202-299-1140
katz@katzbanks.com
kumin@katzbanks.com

* Application for admission *pro hac vice* forthcoming

*Attorneys for Plaintiff Sarah Wynn-Williams*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH WYNN-WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.:  4:26-cv-06341-AMO<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED THE PAGE LIMITATION APPLICABLE TO MOTION TO VACATE INTERIM AWARD AND MOTION FOR PRELIMINARY INJUNCTION** |

**MOTION**

Plaintiff Sarah Wynn-Williams hereby respectfully submits this Motion for Administrative Relief, Pursuant to Local Civil Rule 7-11, to exceed the page limitation applicable to Plaintiff's Motion to Vacate the Interim Award and Motion for Preliminary Injunction (together, the "Motions"). Plaintiff seeks an additional twenty-three (23) pages for her Motions, so forty-eight (48) pages total.

In support of her request, Plaintiff provides the attached Declaration of Felicia M. Gilbert and the exhibits thereto and the following showing of good cause:

1.    Plaintiff's Motions combine two requests for relief—a motion to vacate an arbitral award under 9 U.S.C. § 10 and a motion for preliminary injunction under Federal Rule of Civil

Procedure 65—that could be filed as separate motions with a combined page limitation of fifty (50) pages under Local Civil Rules 7-1 and 7-2. *See* Gilbert Decl. Ex. A. Because the Motions rely on substantially the same set of operative facts and to ease the burden of the Court and the parties, Plaintiff has chosen to file the Motions in a single document that does not exceed the combined page limitation of two separate motions. Thus, permitting Plaintiff to file her Motions as single forty-eight (48) page document will promote judicial efficiency and conserve the Court's limited resources.

2.      Plaintiff's Motions require more than the twenty-five (25) page limitation applicable to a single motion under Local Civil Rule 7-2(b) to adequately apprise the Court and the parties of the complex factual and procedural background and important legal issues involved.

3.      Plaintiff's counsel was unable to obtain Defendant's consent to stipulate to the relief requested in this motion because Defendant's counsel has yet to appear in this matter.

For the foregoing reasons, Plaintiff respectfully requests this Court's leave to file her Motions of forty-eight (48) pages. A proposed order accompanies the instant motion.

Dated:    June 25, 2026                 Respectfully submitted,


                                       /s/  Felicia M. Gilbert

                                       **KATZ BANKS KUMIN LLP**
                                       Felicia Gilbert (SBN #276348)
                                       235 Montgomery Street, Suite 665
                                       San Francisco, CA 94104
                                       Tel: 415-813-3260
                                       gilbert@katzbanks.com

                                       Debra S. Katz*
                                       Avi Kumin (SBN #218893)
                                       11 Dupont Circle NW, Suite 600
                                       Washington, DC 20036
                                       Tel: 202-299-1140
                                       katz@katzbanks.com
                                       kumin@katzbanks.com

                                       **SELENDY GAY PLLC**
                                       Philippe Z. Selendy*
                                       Jennifer M. Selendy*
                                       Claire E. O'Brien*
                                       Corey Stoughton*
                                       Drake Reed*
                                       1290 Avenue of the Americas
                                       New York, NY 10104
                                       Tel: 212-390-9000
                                       pselendy@selendygay.com
                                       jselendy@selendygay.com
                                       cobrien@selendygay.com
                                       cstoughton@selendygay.com
                                       dreed@selendygay.com

                                       * Application for admission *pro hac vice* forth-
                                       coming

                                       *Counsel for Plaintiff Sarah Wynn-Williams*

Dated: 7/8/2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENIED

Judge Araceli Martínez-Olguín