**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

SARAH WYNN-WILLIAMS,

               Plaintiff,

      v.

META PLATFORMS, INC.,

               Defendant.

Case No.:    4:26-cv-06341-AMO

**DECLARATION OF CLAIRE E. O'BRIEN IN SUPPORT OF PLAINTIFF'S
MOTION TO VACATE INTERIM ARBITRATION AWARD
AND FOR PRELIMINARY INJUNCTION**

I, Claire E. O'Brien, declare the following:

1.    I am a partner at the law firm Selendy Gay PLLC ("Selendy Gay"), counsel for Plaintiff Sarah Wynn-Williams ("Plaintiff"), in the above-captioned action. My application for admission to this Court *pro hac vice* is forthcoming. I am admitted to practice in the State of New York and am a member in good standing of that bar. I respectfully submit this declaration in support of Plaintiff's Motion to Vacate the Interim Arbitration Award and Motion for a Preliminary Injunction.

2.    Attached hereto as **Exhibit A** is a true and correct copy of a letter from Meta Platforms, Inc. ("Meta") to Macmillan Publishers and Flatiron Books, dated March 6, 2025.

3.    Attached hereto as **Exhibit B** is a true and correct copy of an Application for Emergency Relief Meta filed in the arbitration captioned *Meta Platforms, Inc. v. Sarah Wynn-Williams*, No. 01-25-0001-2843 (filed Mar. 7, 2025) (Quintanilla, Arb.) before the American Arbitration Association, Employment Arbitration Division (the "Arbitration"), dated March 7, 2025.

4.    Attached hereto as **Exhibit C** is a true and correct copy of the Interim Award in the Arbitration (the "Interim Award"), dated March 12, 2025.

5.      Attached hereto as **Exhibit D** is a true and correct copy of a letter from Meta to Ms. Wynn-Williams, dated March 12, 2025.

6.      Attached hereto as **Exhibit E** is a true and correct copy of an Emergency Motion to Vacate the Interim Award that Ms. Wynn-Williams filed in the Arbitration, dated March 18, 2025.

7.      Attached hereto as **Exhibit F** is a true and correct copy of an Amended Arbitration Demand filed by Meta in the Arbitration, dated March 24, 2025.

8.      Attached hereto as **Exhibit G** is a true and correct copy of an Order in the Arbitration denying the Emergency Motion to Vacate the Interim Award, dated March 31, 2025.

9.      Attached hereto as **Exhibit H** is a true and correct copy of the *New York Times* Bestseller list, dated March 30, 2025.

10.     Attached hereto as **Exhibit I** is a true and correct copy of a letter from Senators Ron Johnson, Richard Blumenthal, and Josh Hawley to Mark Zuckerberg, dated April 1, 2025.

11.     Attached hereto as **Exhibit J** is a true and correct copy of a letter from Senator Charles E. Grassley to Meta CEO Mark Zuckerberg, dated April 8, 2026.

12.     Attached hereto as **Exhibit K** is a true and correct copy of a letter from Senator Charles E. Grassley to Meta CEO Mark Zuckerberg, dated April 14, 2025.

13.     Attached hereto as **Exhibit L** is a true and correct copy of a letter from Senator Charles E. Grassley to Meta CEO Mark Zuckerberg, dated April 16, 2025.

14.     Attached hereto as **Exhibit M** is a true and correct copy of a letter from Senator Charles E. Grassley to Meta CEO Mark Zuckerberg, dated May 13, 2025.

15.     Attached hereto as **Exhibit N** is a true and correct copy of a letter from Meta Vice President and Deputy General Counsel Heidi Swartz to Senator Charles E. Grassley, dated May 13, 2025.

16.     Attached hereto as **Exhibit O** is a true and correct copy of the Notice of Appointment of a merits arbitrator (the "Merits Arbitrator") in the Arbitration, dated May 13, 2025.

17.     Attached hereto as **Exhibit P** is a true and correct copy of a letter from Senators Charles E. Grassley, Josh Hawley, and Marsha Blackburn to Meta CEO Mark Zuckerberg, dated September 2, 2025.

18.     Attached hereto as **Exhibit Q** is a true and correct copy of a letter from Meta to the Merits Arbitrator, dated March 5, 2026.

19.     Attached hereto as **Exhibit R** is a true and correct copy of an email from Ms. Wynn-Williams to the Merits Arbitrator, dated March 6, 2026.

20.     Attached hereto as **Exhibit S** is a true and correct copy of the Application for Sanctions that Meta filed in the Arbitration, dated March 27, 2026.

21.     Attached hereto as **Exhibit T** is a true and correct copy of the Opposition to Meta's Application for Sanctions that Ms. Wynn-Williams filed in the Arbitration, dated April 17, 2026.

22.     On April 22, 2026, there was a status conference held before the Merits Arbitrator in the Arbitration via videoconference regarding Meta's Application for Sanctions. I appeared as the status conference as counsel for Ms. Wynn-Williams. At the April 22, 2026 status conference, the Merits Arbitrator articulated, in substance, the position that Ms. Wynn-Williams violates the Interim Award any time she voluntarily appears at any event where she knows or should know that her book will be available for sale and that her presence there will likely encourage sales. Also at the April 22, 2026 status conference, the Merits Arbitrator declined to provide further guidance when asked by counsel for Ms. Wynn-Williams, stating, in substance, that there was too much factual granularity to provide specifics and that Ms. Wynn-Williams must conform her conduct to what she thinks is appropriate. Nonetheless, the Merits Arbitrator acknowledged that the Interim Award could raise First Amendment concerns.

23.     Attached hereto as **Exhibit U** is a true and correct copy of an email from the Merits Arbitrator declining to rule on Meta's Application for Sanctions and Ms. Wynn-Williams's Opposition thereto, dated May 7, 2026.

24.     Attached hereto as **Exhibit V** is a true and correct copy of a letter from Corey Stoughton of Selendy Gay PLLC, counsel to Ms. Wynn-Williams, to the Hay Festival, dated May 30, 2026.

25.     Attached hereto as **Exhibit W** is a true and correct copy of the Addendum to Meta's Application for Sanctions that Meta filed in the Arbitration, dated June 12, 2026.

26.     Attached hereto as **Exhibit X** is a true and correct copy of the Opposition to Meta's Addendum to Meta's Application for Sanctions that Ms. Wynn-Williams filed in the Arbitration, dated June 18, 2026.

27.     Attached hereto as **Exhibit Y** is a true and correct copy of an email from the Merits Arbitrator declining to rule on the Addendum to Meta's Application for Sanctions and Ms. Wynn-Williams's Opposition thereto, dated June 24, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 25, 2026
                 New York, NY

Claire E. O'Brien
Selendy Gay PLLC

*Counsel for Plaintiff Sarah Wynn-Williams*