# EXHIBIT A

# LEHOTSKY KELLER COHN LLP

200 Massachusetts Ave. NW
Washington, DC 20001
Jonathan F. Cohn
jon@lkcfirm.com

March 6, 2025

**VIA EMAIL**

Deb Futter, President and Publisher
Megan Lynch, Executive Vice President and Publisher
Flatiron Books
120 Broadway St.
New York, NY 10271
deb.futter@celadonbooks.com
megan.lynch@flatironbooks.com
publicity@flatironbooks.com

Yassy Okamoto, General Counsel
Poppy North, Publicity Director
Kimberley Nyamhond, Senior Publicity Manager
Macmillan Publishers
120 Broadway St.
New York, NY 10271
yassy.okamoto@macmillan.com
poppy.north@macmillan.com
kimberley.nyamhondera@macmillan.com

  RE: Publication of False Statements about Meta

Dear All:

  Yesterday it came to our attention through public reports that Flatiron Books and Macmillan Publishers ("you") intend to imminently publish a book that may contain false statements regarding Meta Platforms, Inc., Mark Zuckerberg, Joel Kaplan, Sheryl Sandberg, and other current or former Meta employees. On behalf of our client, we demand that you not publish any false and defamatory information.

  We do not have a copy of the book, and you have made no attempt to verify any of its content with Meta. But the promotional materials you prepared to publicize this

book's release strongly suggest that it will contain overheated, false, and potentially defamatory allegations.

Your failure to properly investigate these allegations demonstrates your knowing disregard for the truth. This former employee was terminated in 2017, and an investigation at that time found she made false claims. Meta is the subject of many books, and publishers typically seek to corroborate facts with us in advance of publication. That did not happen here. *See, e.g.*, *Masson v. New Yorker Magazine, Inc.*, 960 F.2d 896, 900 (9th Cir. 1992) (noting a jury could "conclude that the publisher failed to conduct an investigation because it was already pretty much aware of the falsity").

The First Amendment does not protect defamatory statements. Accordingly, this letter places you on notice that Meta will take all appropriate legal action, including the commencement of litigation, against you and others associated with the book, exposing you and others to substantial monetary damages, in response to any false statements, characterizations, or implications.

Under well-established defamation principles, you would be liable for any false and defamatory claims presented as fact. It is equally clear that publication of misleading information gives rise to liability for defamation since the incomplete presentation of facts implies a false assertion of fact. *See Milkovich v. Lorain Journal Co.*, 497 U.S. 1, 19 (1990) (incomplete facts can imply actionable false assertion of fact). The act of publishing unverified or reckless allegations—without making any attempt to verify their accuracy with us—will expose all involved parties to significant legal consequences. *See Harte-Hanks Communications, Inc. v. Connaughton*, 491 U.S. 657, 692 (1989) (noting liability for libel where "inaction was a product of a deliberate decision not to acquire knowledge of facts that might confirm the probable falsity of [] charges").

We encourage you to discuss these serious issues with your client before the book is released publicly. Additionally, we ask that you provide us with a copy of the book before publication so that we can review it and inform you of any content that needs to be revised. Please also describe what fact-checking process you engaged in, if any. Finally, we demand an assurance that the book will not contain any false or defamatory information. Needless to say, the failure to cooperate will demonstrate actual malice and reckless disregard for the truth.

Meta reserves all rights. Please contact me as soon as possible so that we can discuss how to proceed.

Sincerely,


*/s/ Jonathan F. Cohn*


Jonathan F. Cohn