# EXHIBIT D

Case 4:26-cv-06341-AMO    Document 41-5    Filed 07/09/26    Page 2 of 4

Personal and Confidential

F.A.O,

SARAH WYNN - WILLIAMS

47 COURT LANE

LONDON

SE21 7DP.

**LEHOTSKY KELLER COHN LLP**
200 Massachusetts Ave. NW
Washington, DC 20001
Jonathan F. Cohn
jon@lkcfirm.com

March 12, 2025

**VIA EMAIL**

Sarah Wynn-Williams
47 Court Ln.
London, United Kingdom
SE21 7DP
sarahwynnwilliams@gmail.com

RE:    Interim Arbitral Award Enjoining Your Disparaging and Critical
        Comments

Dear Ms. Wynn-Williams:

Earlier today, after a hearing that you chose to ignore, an emergency arbitrator enjoined you—as well as your "agents, servants, employees, attorneys, and any other person(s) or entities" you control —from making any "disparaging, critical or otherwise detrimental comments" concerning Meta and its employees. That order requires you to cease "further promoting" and "further publishing or distributing" your scurrilous book, "including with respect to electronic and audio versions of the book." It also bars you from "amplifying or repeating in any forum" your previous "disparaging, critical, or otherwise detrimental" statements about Meta. You must further "retract" your "disparaging, critical or otherwise detrimental" statements about Meta, including removing any such statements "from all forums, including online, on which they appear." The arbitrator's swift and unequivocal action has confirmed that you breached your contractual duties to Meta when you published your book.

Your deceptive gamesmanship of hiding the book's publication and not seeking Meta's comment or corroboration through standard and well-established publisher fact-checking processes underscores the falsity of the stories you report and demonstrates your utter disregard for the truth.

A copy of the arbitrator's order is attached for your convenience. We expect you to comply. We also expect you to inform your agents, attorneys, and any other persons you control of their obligations under the order. If you do not comply with the order, we will enforce compliance to the full extent of the law. To be clear, we also intend to fully enforce all of our rights under the contracts you signed and negotiated, including our right to monetary relief, including liquidated damages for each and every one of your violations.

Please also immediately return all documents and other materials that you unlawfully took from Meta in violation of the Confidential Information and Invention Assignment Agreement that you signed. Those materials do not belong to you. We expect your cooperation.

Best regards,

*/s/ Jonathan F. Cohn*

Jonathan F. Cohn