# EXHIBIT U

**From:** Marcus Quintanilla <marcus.quintanilla@msqgdr.com>
**Sent:** Thursday, May 7, 2026 7:27:28 PM
**To:** Corey Stoughton <cstoughton@selendygay.com>; rosengartm@gtlaw.com <rosengartm@gtlaw.com>; Drake Reed <dreed@selendygay.com>; alexis@lkcfirm.com <alexis@lkcfirm.com>; drew@lkcfirm.com <drew@lkcfirm.com>; jon@lkcfirm.com <jon@lkcfirm.com>; kemplem@gtlaw.com <kemplem@gtlaw.com>; linhardta@gtlaw.com <linhardta@gtlaw.com>; mary@lkcfirm.com <mary@lkcfirm.com>; todd@lkcfirm.com <todd@lkcfirm.com>; will@lkcfirm.com <will@lkcfirm.com>; Jennifer Selendy <jselendy@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Claire O'Brien <cobrien@selendygay.com>; Sarah Wynn-Williams <swynnwilliams@gmail.com>; Ravi Naik <ravi@awo.legal>; ICDR Erin Brennan <erinbrennan@adr.org>
**Subject:** Re: Meta v. Wynn-Williams, Case Number 01-25-0001-2843, Memo of Status Conference

Dear Colleagues:

I am now in receipt of the Parties' respective reports, both of which were timely submitted yesterday, in accordance with the instructions provided in the thread below.

In the interest of efficiency, speed, and fairness, I now rule on the outstanding requests as follows:

1.      Claimant's request to accelerate the Procedural Timetable is denied.

2.      Both Parties' requests for leave to file dispositive motions are denied.

3.      The Merits Hearing remains on calendar for October 19-23, 2026.

4.      A ruling on Claimant's motion for sanctions shall be deferred until the final merits determination in the Final Award.  Claimant may include a prayer for sanctions among the relief sought in its Statement of Claim.  Any such prayer must be argued and supported with evidence and legal authority, in the same way as any other prayer for relief.

5.      Given the Parties' lack of progress on discovery, it may be appropriate for them to negotiate some modest adjustments to the procedural timetable set forth in Procedural Order No. 2 (*e.g.,* as relates to discovery and the schedule for the Parties' respective memorials).  If the Parties cannot agree on appropriate adjustments, either Party may request a status conference at which we will address the issues in real time.  In any case, the Parties should move forward on discovery without further delay.  If a Protective Order must be entered first, they should submit their joint proposed protective order (or their competing proposals) not later than Tuesday, May 12, 2026, at noon (Pacific Time).

1

Counsel are requested to confirm receipt of this email at their earliest opportunity.

IT IS SO ORDERED.



**Marcus Salvato Quintanilla, FCIArb**
**Arbitrator, Mediator, Counsel**

1 Sansome Street, Ste. 1400
San Francisco, California 94104
marcus.quintanilla@msqgdr.com
+1.949.689.1081  www.msqgdr.com
Admitted: California, Texas, New York

**From:** Marcus Quintanilla <marcus.quintanilla@msqgdr.com>
**Sent:** Wednesday, April 22, 2026 4:20 PM
**To:** Corey Stoughton <cstoughton@selendygay.com>; rosengartm@gtlaw.com <rosengartm@gtlaw.com>; Drake Reed <dreed@selendygay.com>; alexis@lkcfirm.com <alexis@lkcfirm.com>; drew@lkcfirm.com <drew@lkcfirm.com>; jon@lkcfirm.com <jon@lkcfirm.com>; kemplem@gtlaw.com <kemplem@gtlaw.com>; linhardta@gtlaw.com <linhardta@gtlaw.com>; mary@lkcfirm.com <mary@lkcfirm.com>; todd@lkcfirm.com <todd@lkcfirm.com>; will@lkcfirm.com <will@lkcfirm.com>; Jennifer Selendy <jselendy@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Claire O'Brien <cobrien@selendygay.com>; Sarah Wynn-Williams <swynnwilliams@gmail.com>; Ravi Naik <ravi@awo.legal>; ICDR Erin Brennan <erinbrennan@adr.org>
**Subject:** Meta v. Wynn-Williams, Case Number 01-25-0001-2843, Memo of Status Conference

Dear Colleagues:

This will memorialize our status conference this morning, which began at 10:00 a.m. (Pacific) and ended at approximately 10:40 a.m. (Pacific).

Mr. Rosengart appeared for Meta, accompanied by Mr. Thompson.

Ms. Stoughton appeared for Ms. Wynn-Williams, accompanied by Mr. Seleny and other colleagues.

I thanked the Parties for the updates they had provided prior to the hearing, and I provided an overview of certain legal and factual questions that I view as relevant to a final resolution—not only of the pending application for sanctions but also for the merits of the case more broadly.

I outlined options for fast-tracking the proceedings, and I requested that counsel meet and confer about their preferences and in an effort to finalize a protective order so that both sides can produce discovery as soon as possible.

We agreed that you would jointly revert to me not later than May 6, 2026.

In the meantime, please advise whether Ms. Wynn-Williams should continue to receive correspondence of this sort now that she is represented.

Thank you for your courtesy and professionalism.

All the best,



**Marcus Salvato Quintanilla, FCIArb**
**Arbitrator, Mediator, Counsel**

1 Sansome Street, Ste. 1400
San Francisco, California 94104
marcus.quintanilla@msqgdr.com
+1.949.689.1081  www.msqgdr.com
Admitted: California, Texas, New York

3