# EXHIBIT J

https://perma.cc/JH8F-C347





**Andy Stone** ✓ ∞ @andymstone · Mar 10, 2025

Just read what former Facebook/Meta employees and those that worked with Sarah Wynn-Williams have to say.

💬          ⟲          ♡          ᴵᴵᴵ 3.1K          🔖  ⬆

**Andy Stone** ✓ ∞ @andymstone · Mar 10, 2025

> 🌸 **Elisabeth Diana** ✓ 🟩 @ediyork · Mar 10, 2025
>
> I haven't read the whole thing, but parts that have been mentioned in press don't match up at all with my experiences working with Meta's leadership. The title couldn't be further from the truth.
>
> read.macmillan.com/fib/careless-p...

💬          ⟲          ♡          ᴵᴵᴵ 4.3K          🔖  ⬆

**Andy Stone** ✓ ∞ @andymstone · Mar 10, 2025

> **debfrost** 18h                                                    ···
>
> I'm reading the book my former colleague has written about her experience at Facebook/Meta, in which I am frequently mentioned. While I appreciate everyone's perspective is different, a bunch of the stories are exaggerated or just didn't happen.
>
> A CAUTIONARY TALE OF
> POWER, GREED, AND LOST IDEALISM
>
> 🖼 read.macmillan.com
> Careless People - Macmillan

💬          ⟲          ♡          ᴵᴵᴵ 2.8K          🔖  ⬆







**Andy Stone** ✓ ∞ @andymstone · Mar 10, 2025

> **dextorricke** 7m
>
> I've read the whole thing.
>
> There's plenty of colossal failures and problems that ought to be explored when it comes to understanding the last decade in the industry. But you won't find that here. This is a disappointing read that mostly presents a bunch of gossip from a decade ago, with added wild distortions and total fabrications.
>
> I'll give you a couple of minor examples, just involving bits where I'm mentioned (since I know those pretty damn well...I was there!).
>
> > **ediyork** 10h
> >
> > I haven't read the whole thing, but parts that have been mentioned in press don't match up at all with my experiences working with Meta's leadership. The title couldn't be further from the truth.
> >
> > read.macmillan.com/fib/c...
> >
> > A CAUTIONARY TALE OF
> > POWER, GREED, AND LOST IDEALISM
> >
> > read.macmillan.com
> > Careless People – Macmillan

💬   🔁   ♡   ᵢₗᵢ 2.8K   🔖 ⬆

**Andy Stone** ✓ ∞ @andymstone · Mar 12, 2025

> **Kate Rouch** 🛡 ✓ @kate_rouch · Mar 11, 2025
>
> Joel Kaplan is a good man. He was an invaluable mentor to me and many other women at Facebook. I have no dog in this fight but wanted to add my voice the chorus of other women who had the same great experience. Cancel culture is toxic and old news.

💬   🔁   ♡   ᵢₗᵢ 3.4K   🔖 ⬆



**Andy Stone** ✓ ∞ @andymstone · Mar 12, 2025

**Kevin Chan, M.S.M., FRCGS** · 2nd    **+ Follow** ···
Global Policy Campaigns Strategy Director at Meta ▐ Boar...
14h · 🌐

I'm on March Break with the kids this week, but some things just can't wait to be shared - In my over 10 years working at Meta, I had direct experience being managed by both Sarah Wynn Williams and Joel Kaplan. And I can say with the utmost sincerity that nothing I am reading in the media resembles my own experiences.

Joel is the consummate leader - he cares for the people around him and on his team. He is loyal to them and finds opportunities for them to stretch and grow. And it should go without saying that he is wicked smart and has led the charge addressing some of the most challenging policy issues arising from the digital economy.

One personal experience I think illustrates Joel's character best, and forever earned my gratitude. When I was hired into Facebook to open its Canadian public policy office, Canada (and over a dozen other countries) was overseen by someone who had a sprawling remit straddling the world, and Canada felt like an afterthought that did not receive the day-to-day attention it needed and deserved. And there did not seem to be any interest to change that arrangement with my manager, who I often felt was more concerned about maintaining control and influence than doing what was right for the company and for the country.

Joel worked gingerly and delicately to learn about Canada and its needs, and to help elevate its visibility and the important work we were engaged in. He showed care and learned about the country, and eventually found a way to give the Canada team the trust and autonomy we needed for our work to shine.

Some years later, when I had my third child, I went on parental leave for the maximum time possible, no questions asked, and with the full backing of Joel and the rest of Facebook's policy leadership.

This is the Joel Kaplan I know, a caring and thoughtful professional that I am proud to work with everyday as he continues to lead Meta's global policy and public affairs team.

💬        ⟲        ♡              ⫿⫿ 4.7K        🔖  ⬆



**Andy Stone** ✓ ⦿ @andymstone · Mar 12, 2025

> **badmikeyt** ✓ 31m
>
> People are so thirsty for anything disparaging to Meta. I sat next to Sarah for 18 months when we both worked in the New York office and we were both working closely with Sheryl Sandberg at the time. Never a word of this was mentioned, and we talked shit about looooots of stuff. I have recently/publicly taken meta task for everything that they're doing to dismantle dei, but I didn't have to make up a thing to tell the story. This book has so many lies in it I wouldn't even know where to start.

2.9K

**Andy Parker** @AndyParkerVA · Mar 22, 2025
You are one sad dork, "Baghdad Bob". You fuckers lie as easily as you breathe. Here's one you did to me live on air. #MetaSociopaths

Video of his daughter's murder is circling on Facebook. Hear father's plea | CNN

From cnn.com

347