# EXHIBIT K



## New to X?

Sign up now to get your own personalized timeline!

 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

Andy Stone ✔  
@andymstone

Communications, @Meta. Alum: @HouseMajPAC, @SenatorBoxer, @DCCC, @RepMcNerney. Open to your hot takes.

Follow

## What's happening

Trending in United States  
**Opus 4.8**

Trending in United States  
**RYAN BEATTY**

Politics · Trending  
**Happy Birthday Secretary Rubio**

Trending in United States  
**Tricky Dick**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  Ads info  More •••  © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up



## New to X?

Sign up now to get your own personalized timeline!



 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

Andy Stone     Follow
@andymstone
Communications, @Meta. Alum: @HouseMajPAC, @SenatorBoxer, @DCCC, @RepMcNerney. Open to your hot takes.

## What's happening

Trending in United States
**Opus 4.8**

Trending in United States
**RYAN BEATTY**

Politics · Trending
**Happy Birthday Secretary Rubio**

Trending in United States
**Tricky Dick**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· | © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    **Sign up**