SELENDY & GAY PLLC 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| Client's File No.: | |
| Civil Action No.: | 4:26-cv-06341-KAW |
| Date Filed: | June 25, 2026 |
| Court Date: | |
| : | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SARAH WYNN-WILLIAMS

*Plaintiff*

vs

META PLATFORMS, INC.,

*Defendant*

STATE OF  CALIFORNIA COUNTY OF    SACRAMENTO  SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of   California

That on the following date:      July 7, 2026      , at the following time:      1:47 PM      ,

at        2710 GATEWAY OAKS DRIVE , SUITE 150N , SACRAMENTO, CA 95833        deponent served the within

Attorney Cover Letter dated July 6, 2026, Summons in a Civil Action, Complaint Jury Trial Demanded and Civil Docket Sheet

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

**META PLATFORMS, INC. c/o CSC LAWYERS INCORPORATING SERVICE**

Upon:

**Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

**Responsible** By delivering to and leaving with _____ , _____
**Person**                                                                                                    Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[  ] dwelling place    [  ] place of business/employment    [  ] last known address within the State. [  ] usual place of abode

[X] **Corporation** By delivering to and leaving with        Frank Briceno        said individual to be        Associate Intake Coordinator
**LLC / LLP** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

**Affixing** By affixing a true copy thereof to the door, being the defendant/respondent's   [  ] dwelling place     [  ] place of business/employment
**To Door** [  ] last known address within the State. [  ] usual place of abode

**Previous** Deponent previously attempted to serve the above named defendant/respondent on:
**Attempts**

**Perceived** Gender:    Male    Race:    Hispanic    Color of hair:   Brown    Age:   18 - 25 Yrs.    Height:   5ft 4inch - 5ft 8inch
**Description**
**of Recipient** Weight:    Over 200 Lbs.    Other Features: _____

**Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____ .
on

[ ] **WITNESS** Subpoena Fee Tendered in the amount of $.
**FEES**

[ ] **MILITARY** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and
**SERVICE** received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on   _____

SEE ATTACHED FOR
NOTARIAL WORDING & SEAL

PROCESS SERVER—PRINT NAME BELOW SIGNATURE
Katrina  Williams

PROCESS SERVER LICENSE # Reg: 2015-10

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA      **Work Order #  1515724**

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____     _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 *(if any)*

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of Sacramento

Subscribed and sworn to (or affirmed) before me

on this __8__ day of __July__, 20 __26__,
by                Date              Month        Year

(1)__Katrina Williams__

(and (2)_____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

> LISA ANN HYLAN
> Notary Public - California
> Nevada County
> Commission # 2422154
> My Comm. Expires Nov 12, 2026

Seal
Place Notary Seal Above

─────────────────── **OPTIONAL** ───────────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910