Mathew S. Rosengart (SBN CA 255750)
Mark D. Kemple (SBN CA 145219)
Alex Linhardt (SBN CA 303669)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
rosengartm@gtlaw.com
kemplem@gtlaw.com
linhardta@gtlaw.com

Jonathan F. Cohn (DC 476551) (admitted *pro hac vice*)
Mary Elizabeth Miller (DC 252694) (admitted *pro hac vice*)
200 Massachusetts Ave., NW, Suite 700
Washington, DC 20001
William T. Thompson (TX 24088531) (admitted *pro hac vice*)
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
LEHOTSKY COHN LLP
Telephone: (512) 693-8350
Facsimile: (512) 727-4755
jon@lehotskycohn.com
mary@lehotskycohn.com
will@lehotskycohn.com

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SARAH WYNN-WILLIAMS, | CASE NO. 4:26-cv-06341 |
| Plaintiff, | **META PLATFORMS, INC.'S <u>AMENDED</u> NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY FURTHER PROCEEDINGS UNDER 9 U.S.C. §§ 3, 4** |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | Complaint Filed Date: June 25, 2026 |
| | Judge: The Hon. Araceli Martínez-Olguín<br>Date: August 20, 2026<br>Time: 2:00 p.m.<br>Courtroom: 5, 2nd Floor |

**<u>AMENDED</u> NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that—pursuant to the Clerk's July 7, 2026 notice reassigning this action to the Honorable Araceli Martínez-Olguín—on August 20, 2026, at 2:00 p.m. or as soon thereafter as the matter can be heard in Courtroom 5 of the Ronald V. Dellums Federal Building & United States Courthouse, located at 1301 Clay Street Oakland, CA 94612, Defendant Meta Platforms, Inc. ("Meta"), will and hereby does move the Court for an order compelling Plaintiff Sarah Wynn-Williams' claims to arbitration and staying proceedings pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3, 4.

This Motion is based on this Amended Notice of Motion and the following previously filed documents: the Memorandum of Points and Authorities (Dkt. No. 28), the Declaration of Alex Linhardt and its exhibits (Dkt. No. 28-1), the Declaration of Heidi Swartz (Dkt. No. 28-2), the Proposed Order (Dkt. No. 28-3), all other papers filed in this action, and argument by counsel.

To comply with Section H(2) of the Court's Standing Order for Civil Cases, Meta is attaching to this Amended Notice a copy of the Declaration of Alex Linhardt, which is identical to the previously filed declaration (Dkt. No. 28-1), except that each exhibit has been separately filed.

DATED: July 9, 2026                                     Respectfully submitted,

                                                        */s/ Mathew S. Rosengart*

Jonathan F. Cohn* (DC 476551)            Mathew S. Rosengart (SBN CA 255750)
Mary Elizabeth Miller* (DC 252694)       Mark D. Kemple (SBN CA 145219)
200 Massachusetts Ave., NW, Suite 700    Alex Linhardt (SBN CA 303669)
Washington, DC 20001                     GREENBERG TRAURIG, LLP
William T. Thompson* (TX 24088531)       1840 Century Park East, Suite 1900
7500 Rialto Blvd., Suite 1-250           Los Angeles, California 90067-2121
Austin, TX 78735                         Telephone: 310.586.7700
LEHOTSKY COHN LLP                        Facsimile: 310.586.7800
Telephone: (512) 693-8350                rosengartm@gtlaw.com
Facsimile: (512) 727-4755                kemplem@gtlaw.com
jon@lehotskycohn.com                     linhardta@gtlaw.com
mary@lehotskycohn.com
will@lehotskycohn.com                    *Attorneys for Defendant Meta Platforms, Inc.*

*Attorneys for Defendant Meta Platforms, Inc.*

* Admitted *pro hac vice*.

META PLATFORMS, INC.'S AMENDED NOTICE OF MOTION TO COMPEL
ARBITRATION, CASE NO. 4:26-cv-06341