**SELENDY GAY PLLC**
Philippe Z. Selendy*
Jennifer M. Selendy*
Claire E. O'Brien*
Corey Stoughton*
Drake Reed*
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
pselendy@selendygay.com
jselendy@selendygay.com
cobrien@selendygay.com
cstoughton@selendygay.com
dreed@selendygay.com

* Admitted *pro hac vice.*
Attorneys for Plaintiff Sarah Wynn-Williams

**ZEITGEIST LAW**
Marcia Hofmann
505 Montgomery Street
San Francisco, CA 94111
Tel: 415-830-6664
marcia@zeitgeist.law

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH WYNN-WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No.:    4:26-cv-06341-AMO <br><br> SARAH WYNN-WILLIAMS'S LOCAL RULE 3-15 CERTIFICATION AS TO CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated:    July 27, 2026

Respectfully submitted,

/s/ Corey Stoughton

ZEITGEIST LAW
Marcia Hofmann
505 Montgomery Street
San Francisco, CA 94111
Telephone: 415-830-6664
Email: marcia@zeitgeist.law

SELENDY GAY PLLC
Philippe Z. Selendy*
Jennifer M. Selendy*
Claire E. O'Brien*
Corey Stoughton*
Drake Reed*
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
pselendy@selendygay.com
jselendy@selendygay.com
cobrien@selendygay.com
cstoughton@selendygay.com
dreed@selendygay.com

* Admitted *pro hac vice.*
*Attorneys for Plaintiff Sarah Wynn-Williams*