# EXHIBIT A

| | |
|---|---|
| **From:** | Dustin Hartuv ███████████████████ |
| **Sent:** | Friday, July 18, 2025 3:34 PM |
| **To:** | Marcus Quintanilla; Linhardt, Alex L. (Shld-LA-LT); ████████████████; jon@lkcfirm.com; drew@lkcfirm.com; alexis@lkcfirm.com; Kemple, Mark D. (Shld-LA-LT-Labor-EmpLaw); todd@lkcfirm.com; Rosengart, Mathew S. (Shld-LA-LT); will@lkcfirm.com; Stephen Broome; Matt Hosen |
| **Subject:** | RE: Meta Platforms, Inc. v. Sarah Wynn-Williams - Case 01-25-0001-2843 - Claimant's Letter Brief Re: Scope of Discovery |
| **Attachments:** | 2025-07-18 Case Management Dates.docx |

Dear Arbitrator Quintanilla,

Respondent has agreed with Claimant to the attached case management dates.

Best,

**Dustin Hartuv**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**



[www.quinnemanuel.com](http://www.quinnemanuel.com)

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Marcus Quintanilla
**Sent:** Thursday, July 17, 2025 7:45 PM
**To:** Dustin Hartuv ; linhardta@gtlaw.com; ████████████████ ; jon@lkcfirm.com; drew@lkcfirm.com; alexis@lkcfirm.com; kemplem@gtlaw.com; todd@lkcfirm.com; rosengartm@gtlaw.com; will@lkcfirm.com; Stephen Broome ; Matt Hosen
**Subject:** Re: Meta Platforms, Inc. v. Sarah Wynn-Williams - Case 01-25-0001-2843 - Claimant's Letter Brief Re: Scope of Discovery

**[EXTERNAL EMAIL from ███████████████████████ ]**

No worries, Mr. Hartuv.

Before sending me your proposal (tomorrow or otherwise), please close the loop with Claimant's team.

Best,



**Marcus Salvato Quintanilla, FCIArb**
**Arbitrator, Mediator, Counsel**
**Global Dispute Resolution**

📞 ███████████  🌐 www.MSQGDR.com

✉ ████████████████████████

📍 San Francisco • Houston • Miami

in

---

**From:** Dustin Hartuv <████████████████████████>
**Sent:** Thursday, July 17, 2025 7:40 PM
**To:** linhardta@gtlaw.com <linhardta@gtlaw.com>; ████████████████
████████████████; ████████████████████; jon@lkcfirm.com
<jon@lkcfirm.com>; drew@lkcfirm.com <drew@lkcfirm.com>; alexis@lkcfirm.com <alexis@lkcfirm.com>;
kemplem@gtlaw.com <kemplem@gtlaw.com>; todd@lkcfirm.com <todd@lkcfirm.com>;
rosengartm@gtlaw.com <rosengartm@gtlaw.com>; will@lkcfirm.com <will@lkcfirm.com>; Stephen Broome
<████████████████████████>; Matt Hosen <████████████████████████>
**Subject:** RE: Meta Platforms, Inc. v. Sarah Wynn-Williams - Case 01-25-0001-2843 - Claimant's Letter Brief
Re: Scope of Discovery

Dear Arbitrator Quintanilla,

We will be able to get the case management schedule to you tomorrow. Apologies, our client is in the UK which
causes some delay.

Best,

**Dustin Hartuv**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**



www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** linhardta@gtlaw.com <linhardta@gtlaw.com>
**Sent:** Thursday, July 17, 2025 7:01 PM
**To:** ████████████████████████; ██████████████████; jon@lkcfirm.com; drew@lkcfirm.com; alexis@lkcfirm.com; kemplem@gtlaw.com; todd@lkcfirm.com; rosengartm@gtlaw.com; will@lkcfirm.com; Stephen Broome ████████████████████████████; Matt Hosen ██████████████████████████████; Dustin Hartuv ████████████████████████████
**Subject:** RE: Meta Platforms, Inc. v. Sarah Wynn-Williams - Case 01-25-0001-2843 - Claimant's Letter Brief Re: Scope of Discovery

**[EXTERNAL EMAIL from linhardta@gtlaw.com]**

Dear Arbitrator Quintanilla,

Pursuant to your request, the authorities are attached.

With regard to the case management schedule, the parties are still meeting and conferring as we are awaiting Respondent's response to our comments.

Thank you,

**Alex L. Linhardt**
Shareholder

Greenberg Traurig, LLP
1840 Century Park East | Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7822 | F +1 310.586.7800 | C +1 310.924.4794
linhardta@gtlaw.com | www.gtlaw.com | View GT Biography

GT GreenbergTraurig

**From:** Marcus Quintanilla ██████████████████████████
**Sent:** Thursday, July 17, 2025 6:31 PM
**To:** Linhardt, Alex L. (Shld-LA-LT) <linhardta@gtlaw.com>; ██████████████████; jon@lkcfirm.com; drew@lkcfirm.com; alexis@lkcfirm.com; Kemple, Mark D. (Shld-LA-LT-Labor-EmpLaw)

&lt;kemplem@gtlaw.com&gt;; todd@lkcfirm.com; Rosengart, Mathew S. (Shld-LA-LT) &lt;rosengartm@gtlaw.com&gt;; will@lkcfirm.com; ██████████████████████
████████████████████████; ██████████████████████

**Subject:** Re: Meta Platforms, Inc. v. Sarah Wynn-Williams - Case 01-25-0001-2843 - Claimant's Letter Brief Re: Scope of Discovery

**\*EXTERNAL TO GT\***

Receipt confirmed. Thank you, Mr. Lindhardt.

Consistent with the APRs, could I trouble you to send along the authorities cited in your letter?

Mr. Broome and Team:

Please submit your opposition, if any, not later than Monday, July 21.

All:

Should I expect your proposed case-management schedule this evening, or are you still trying to hammer that out?

Best,



**Marcus Salvato Quintanilla, FCIArb**
**Arbitrator, Mediator, Counsel**
**Global Dispute Resolution**

📞 ██████████████    🌐 www.MSQGDR.com

✉ ████████████████████████

📍 San Francisco • Houston • Miami

in

---

**From:** linhardta@gtlaw.com &lt;linhardta@gtlaw.com&gt;
**Sent:** Thursday, July 17, 2025 5:34 PM
**To:** ████████████████████ ██████████████████████; ████████████
████████████████; jon@lkcfirm.com &lt;jon@lkcfirm.com&gt;; drew@lkcfirm.com &lt;drew@lkcfirm.com&gt;; alexis@lkcfirm.com &lt;alexis@lkcfirm.com&gt;; kemplem@gtlaw.com &lt;kemplem@gtlaw.com&gt;; todd@lkcfirm.com &lt;todd@lkcfirm.com&gt;; rosengartm@gtlaw.com &lt;rosengartm@gtlaw.com&gt;; will@lkcfirm.com &lt;will@lkcfirm.com&gt;; ████████████████████████████████████████████████████; ████████████████████████████ | ████████████████████████; ████████████████████████████████████████████
**Cc:** ████████████████████████████████
**Subject:** Meta Platforms, Inc. v. Sarah Wynn-Williams - Case 01-25-0001-2843 - Claimant's Letter Brief Re: Scope of Discovery

Dear Arbitrator Quintanilla,

Pursuant to your request at the Preliminary Conference, please see attached for Claimant Meta Platforms, Inc.'s letter brief regarding the scope of discovery.

Thank you,

**Alex L. Linhardt**
Shareholder

Greenberg Traurig, LLP
1840 Century Park East | Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7822 | F +1 310.586.7800 | C +1 310.924.4794
linhardta@gtlaw.com | www.gtlaw.com | View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

| Case Management Dates | |
|---|---|
| **Last day for a Party to serve evidence-disclosure requests.** (*See* **APRs, Section B.**) | December 19, 2025 |
| **Last day for a Party to request a videoconference on evidence-disclosure disputes.** (*See* **APRs, Section B.**) | January 16, 2026 |
| **Last day for exchange expert reports** | January 23, 2026 |
| **Last day for exchange of rebuttal expert reports** | February 6, 2026 |
| **Last day for a Party to request leave to file a dispositive motion.** (*See* **APRs, Section C.**) | February 10, 2026 |
| **Pre-Briefing Status Conference.** (*See* **APRs, Section D.**) | March 6, 2026 |
| **Last day to submit Claimant's Statement of Claim.** (*See* **APRs, Section E.**) | April 8, 2026 |
| **Last day to submit Respondent's Statement of Defense.** (*See* **APRs, Section E.**) | April 29, 2026 |
| **Last day for parties to report on the outcome of their settlement meet-and-confer.** (*See* **APRs, Section F.**) | April 24, 2026 |
| **Last day to submit Claimant's Statement of Reply (if any).** (*See* **APRs, Section E.**) | May 13, 2026 |
| **Last day to submit Respondent's Statement of Rejoinder (if any).** (*See* **APRs, Section E.**) | May 20, 2026 |
| **Pre-Merits-Hearing Videoconference.** (*See* **APRs, Section G.**) | May 25, 2026 |
| **Merits Hearing.** (*See* **APRs, Section H.**) | June 8-June 12, 2026 |

|  |  |
|  |  |