# EXHIBIT B

| | |
|---|---|
| **From:** | Matt Hosen ████████████████████ |
| **Sent:** | Friday, September 12, 2025 7:59 PM |
| **To:** | Rosengart, Mathew S. (Shld-LA-LT) |
| **Cc:** | Stephen Broome; Dustin Hartuv; Linhardt, Alex L. (Shld-LA-LT); jon@lkcfirm.com; drew@lkcfirm.com; alexis@lkcfirm.com; Kemple, Mark D. (Shld-LA-LT-Labor-EmpLaw); todd@lkcfirm.com; will@lkcfirm.com |
| **Subject:** | Meta/SWW Arbitration - SWW's first set of RFAs, RFPs and Interrogatories |
| **Attachments:** | Interrogatories to Meta - 9.12.2025.pdf; RFAs to Meta - 9.12.2025.pdf; RFPs to Meta - 9.12.2025.pdf |

**\*EXTERNAL TO GT\***

Dear Counsel.

Respondent Sarah Wynn-Williams' first sets of requests for production, requests for admission, and interrogatories are attached.

Best,
Matt

**Matt Hosen**
*Of Counsel,*
**Quinn Emanuel Urquhart & Sullivan, LLP**



www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.